```
Richard C. Crossman (047630)
Michael L. Renberg (213617)
PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
1540 E. Shaw Avenue, Suite 123
Fresno, California 93710
Telephone (559) 431-6300
Fax (559) 432-1018

Attorneys for Defendant,
BILL DAVIS
```

FILED
2008 AUG -8 AM 10: 57
CLERK U.S. DISTRICT COURT
CENTRAL DIST. O. CALIF.
LOS ANGELES
BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### Western Division

TRACY BULLUCK and RICHARD COVERT II,

    Plaintiffs,

vs.

SONIA TUCKER GREENE, BILL DAVIS TRUCKING and BILL DAVIS AS DOE 1, and Does 2-25,

    Defendants.

Case No.: CV08-05208 (SSx)

**PETITION FOR REMOVAL; DEMAND FOR JURY TRIAL**

Petitioner, BILL DAVIS, an individual, and Defendant in the above-captioned action, states:

1. Defendant, BILL DAVIS, desires to exercise its rights under the provisions of Title 28 U.S.C. §1441, et seq., to remove this action from the Superior Court of the State of California in and for the County of San Luis Obispo, in which the cause is now pending under the name and style <u>Tracy Bullock and Richard Covert, II., v. Sonia Tucker Greene, et al.</u> Defendants," Case No. CV060773.

2. The above-described action is one of which this Court has original jurisdiction under the provisions of Title 28, U.S.C., §1332, and is one which may be removed to this Court by the Petitioner, Defendant herein, pursuant to the provisions of Title 28, U.S.C., §1441, in that

it is a civil action wherein the matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

3. Counsel for Defendant, Bill Davis is informed and believes that Plaintiffs Tracy Bullock and Richard Covert, II, at the time this action was commenced were, and still are, citizens of the State of California; and, the Defendant Bill Davis, at the time this action was commenced was, and still is, a citizen of the State Of North Carolina, and was not, and is not, a citizen of the State of California wherein this action was brought.

4. Counsel for Defendant, Bill Davis is further informed and believes that at the time this action was commenced, and still are, Defendant Sonia Tucker Greene was a citizen of the State of Arkansas and that Defendant, Bill Davis Trucking, Inc., was a corporation existing pursuant to the laws of the State of Arkansas with its principal place of business in the State of Arkansas. Defendant's counsel has been advised that those Defendant Sonia Tucker Greene and Defendant Bill Davis Trucking, Inc. do not object to the removal of this action to Federal Court.

5. Counsel for Defendant, Bill Davis is further informed and believes that the Cross-complaint filed by other Defendants against a citizen of the State of California has been or will be dismissed.

6. The date on or before which this Defendant is required by the Code of Civil Procedure of the State of California to answer or plead to Plaintiff's Complaint has not lapsed. The first amended complaint which named Bill Davis a defendant was filed on June 18, 2008. A copy of the first amended complaint that names Defendant Bill Davis a defendant is attached.

7. Defendant's counsel is informed and believes the first amended complaint, along with a summons, was served on Defendant, Bill Davis on July 8, 2008. In accordance with the requirements of Title 28, U.S.C., §1446, this Petition For Removal is filed within 30 days after Defendant, Bill Davis's receipt of the aforesaid mailing, which was the first date upon which Defendant became aware of the cause and its rights of removal.

8. Pursuant to the provisions of Title 28, U.S.C., §1446, Defendant, Bill Davis, attaches herewith and incorporates herein by reference, copies of the following documents mailed to it in connection with the above-captioned matter:

(a) First Amended Complaint, marked as Exhibit "A"; and

(b) Proof of Service of Summons, marked as Exhibit "B".

9. Defendant, Bill Davis desires and is entitled to have this cause removed from the Superior Court of the State of California in and for the County of San Luis Obispo, where the cause is pending, to the United States District Court, Central District of California.

10. Written notice of the filing of this Petition will be given to adverse parties as required by law.

11. A true and correct copy of this Petition will be filed with the Clerk of the Superior Court of the State of California in and for the County of San Luis Obispo, as provided by law.

12. Defendant, Bill Davis is challenging personal jurisdiction in California and is separately filing a motion to quash the summons pursuant to Rule 12(6)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Bill Davis prays that this action be removed to this Court and this Court accept jurisdiction of this action and henceforth that this action be placed on the docket of this Court for further proceedings, the same as though this action had originally be instituted in this Court.

Date: August 6, 2008

PARICHAN, RENBERG, CROSSMAN
LAW CORPORATION

_____
MICHAEL L. RENERG, ESQ.
RICHARD C. CROSSMAN, ESQ.
Attorneys for Defendant,
BILL DAVIS

PARICHAN, RENBERG & CROSSMAN LAW CORPORATION
1540 EAST SHAW, SUITE 123
FRESNO, CALIFORNIA 93710
TELEPHONE (559) 431-6300

## DEMAND FOR TRIAL BY JURY

COMES NOW Defendant Bill Davis and demands trial by jury on all issues in and for the above-captioned action.

Date: August 6, 2008

          PARICHAN, RENBERG, CROSSMAN
          LAW CORPORATION

          MICHAEL L. RENERG, ESQ.
          RICHARD C. CROSSMAN, ESQ.
          Attorneys for Defendant,
          BILL DAVIS

PARICHAN, RENBERG & CROSSMAN
LAW CORPORATION
1540 EAST SHAW, SUITE 123
FRESNO, CALIFORNIA 93710
TELEPHONE (559) 431-6200

-4-

PETITION FOR REMOVAL

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Andrew B. Jones<br>AGNER & JONES LLP<br>111 E. Herndon, Ste. 317<br><br>Fresno, CA 93720<br>TELEPHONE NO: 559/449-1800   FAX NO. (Optional): 559/449-0749<br>MAIL ADDRESS (Optional): kschemen@wagnerjones.com<br>ATTORNEY FOR (Name): 93408-2500 TRACY BULLOCK and RICHARD COVERT II<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN LUIS OBISPO<br>STREET ADDRESS: 1035 Palm St., Rm.385<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Luis Obispo, CA 93408-2500<br>BRANCH NAME: | RECEIVED<br><br>JUN 1 8 2008<br><br>PETRIE DOREMEIER & MORRIS |

PLAINTIFF: TRACY BULLOCK and RICHARD COVERT II

DEFENDANT: SONIA TUCKER GREENE; BILL DAVIS TRUCKING and BILL DAVIS AS DOE 1, and DOES 2 through 25

[ ] DOES 1 TO _____

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[X] AMENDED (Number): FIRST
Type (check all that apply):
[X] MOTOR VEHICLE          [ ] OTHER (specify):
   [X] Property Damage       [ ] Wrongful Death
   [X] Personal Injury       [X] Other Damages (specify): GENERAL NEGLIGENCE

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
                   [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

CASE NUMBER: CV060773

1. Plaintiff (name or names): TRACY BULLOCK and RICHARD COVERT II

   alleges causes of action against defendant (name or names): SONIA TUCKER GREENE, BILL DAVIS TRUCKING, INC., and BILL DAVIS as DOE 1
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other (specify):
      (5) [ ] other (specify):

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Legal Solutions Plus

Code of Civil Procedure, § 425

EXHIBIT
page 5

PLD-PI-00...

| SHORT TITLE: BULLOCK v. GREENE et al. | CASE NUMBER: CV060773 |

- [ ] Plaintiff (name):
  is doing business under the fictitious name (specify):

  and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. [X] except defendant (name): DOES 2-10

   (1) [X] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity (describe):

   (4) [ ] a public entity (describe):

   (5) [ ] other (specify):

   c. [X] except defendant (name): DOES 16-20

   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [X] an unincorporated entity (describe):

   (4) [ ] a public entity (describe):

   (5) [ ] other (specify):

   b. [X] except defendant (name): DOES 11-15

   (1) [ ] a business organization, form unknown
   (2) [X] a corporation
   (3) [ ] an unincorporated entity (describe):

   (4) [ ] a public entity (describe):

   (5) [ ] other (specify):

   d. [X] except defendant (name): DOES 21-25

   (1) [ ] a business organization, form unknown
   (2) [ ] a corporation
   (3) [ ] an unincorporated entity (describe):

   (4) [X] a public entity (describe):

   (5) [ ] other (specify):

   [X] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [ ] Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [ ] Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.
7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area.
   b. [ ] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other (specify):

9. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because (specify):

PLD-PI-VV

| SHORT TITLE: BULLOCK v. GREENE et al. | CASE NUMBER: CV060773 |
|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. [X] Motor Vehicle
   b. [X] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other (specify):

11. Plaintiff has suffered
   a. [X] wage loss
   b. [X] loss of use of property
   c. [X] hospital and medical expenses
   d. [X] general damage
   e. [X] property damage
   f. [X] loss of earning capacity
   g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [X] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) [X] according to proof
      (2) [ ] in the amount of: $ 0.00

15. [X] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):
   Attachment MV-2f incorporated herein

Date: June 17, 2008

Andrew B. Jones
(TYPE OR PRINT NAME)

▶ _(signature)_
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]    COMPLAINT—Personal Injury, Property Damage, Wrongful Death    Page 2

page 7

PLD-PI-001(1)

| SHORT TITLE: BULLOCK v. GREENE et al. | CASE NUMBER: CV060773 |
|---|---|

**FIRST** CAUSE OF ACTION—Motor Vehicle
(number)

ATTACHMENT TO [X] Complaint [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name)*: TRACY BULLOCK and RICHARD COVERT II

MV-1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date)*: April 25, 2006
at *(place)*: On State Route 46, 618 feet west of Flower Lane, County of San Luis Obispo, State of California.

MV-2. DEFENDANTS
  a. [X] The defendants who operated a motor vehicle are *(names)*: SONIA TUCKER GREENE, BILL DAVIS TRUCKING, INC., BILL DAVIS as DOE 1

  [X] Does 1 to 30

  b. [X] The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names)*: SONIA TUCKER GREENE, BILL DAVIS TRUCKING, INC., BILL DAVIS as DOE 1

  [X] Does 1 to 30

  c. [X] The defendants who owned the motor vehicle which was operated with their permission are *(names)*: SONIA TUCKER GREENE, BILL DAVIS TRUCKING, INC., and BILL DAVIS as DOE 1

  [X] Does 1 to 30

  d. [X] The defendants who entrusted the motor vehicle are *(names)*: SONIA TUCKER GREENE, BILL DAVIS TRUCKING, INC., and BILL DAVIS as DOE 1

  [X] Does 1 to 30

  e. [X] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*: SONIA TUCKER GREENE, BILL DAVIS TRUCKING, INC. and BILL DAVIS as DOE 1

  [X] Does 1 to 30

  f. [X] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
  [X] listed in Attachment MV-2f [X] as follows:
  BILL DAVIS as DOE 1

  [X] Does 1 to 30

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Legal Solutions Plus

Code of Civil Procedure 425.12

page 8

PLD-PI-001(2)

| SHORT TITLE: BULLOCK v. GREENE et al. | CASE NUMBER: CV060773 |
|---|---|

| __SECOND__ (number) | CAUSE OF ACTION—General Negligence | Page __5__ |

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: TRACY BULLOCK and RICHARD COVERT II

alleges that defendant *(name)*: SONIA TUCKER GREENE, BILL DAVIS TRUCKING, INC. and BILL DAVIS as DOE 1 (see Attachment MV-2f incorporated herein)

[X] Does 1 to 30

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: April 25, 2006
at *(place)*: On State Route 46, 618 feet west of Flower Lane, County of San Luis Obispo, State of California
*(description of reasons for liability)*:

Defendants, SONIA TUCKER GREENE, BILL DAVIS TRUCKING, INC., BILL DAVIS as DOE 1, and DOES 2 through 20, inclusive were the owners, operators and in the possession and control of a 2005 Kenworth Big Rig Semi Truck, license number P290985 along with the trailer, license number T272798. Defendants, and each of them, negligently maintained, operated, owned, entrusted, and/or drove said semi truck so as to cause a collision with the 2005 Nissan pick up occupied by Plaintiffs, TRACY BULLOCK and RICHARD COVERT II, thereby causing serious bodily injuries.

As a proximate result of the negligence of Defendants, and each of them, Plaintiff, TRACY BULLOCK was hurt and injured in her health, strength, activities, sustaining injuries, including but not limited to her neck, back, legs, face, chest, shoulders, ribs, arms and person, all of nervous pain and suffering. As a result of said injuries to TRACY BULLOCK, she has suffered general damages in an amount according to proof.

As a proximate result of the negligence of Defendants, and each of them, Plaintiff, RICHARD COVERT II was hurt and injured in his health, strength, activities, sustaining injuries, including but not limited to his face, back, neck, chest, arms, shoulders, and person, all of nervous pain and suffering. As a result of said injuries to RICHARD COVERT II, he has suffered general damages in an amount according to proof.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Legal Solutions Plus

Page 1 of 1
Code of Civil Procedure 425.12

page 9

Bullock v. Greene, et al.                                          CV060773

### MV-2f

Plaintiffs are informed and believe and thereupon allege that BILL DAVIS is the alter-ego of Defendant BILL DAVIS TRUCKING, INC., a corporate entity doing business in the State of California which is being used by BILL DAVIS to escape personal liability. Plaintiffs are informed and believe that there is a unity of interest and ownership between BILL DAVIS and BILL DAVIS TRUCKING, INC. such that upholding the corporate fiction would promote injustice and sanction a fraud on the court and Plaintiffs. Plaintiffs are informed and believe that in order to escape liability on obligations of the corporation BILL DAVIS, as the majority owner of BILL DAVIS TRUCKING, INC. diverted and siphoned assets from the corporate entity to his individual and personal benefit such that the corporate entity became illiquid, undercapitalized, and indebted to the extent its creditors, including Plaintiffs, have been defrauded of corporate assets to which they would be otherwise entitled upon the proof of their case.

BILL DAVIS, as the alter-ego of the corporate Defendant, has been sued under all theories of law which implicate the corporate Defendant, which is liable to the Plaintiffs under the allegations herein set forth. Upon proof of alter-ego the court procedurally is requested to substitute BILL DAVIS for individual liability on obligations of the corporate Defendant of which BILL DAVIS is the alter-ego so that the corporate form cannot be used by BILL DAVIS to escape personal liability and promote injustice, thereby sanctioning a fraud.

## PROOF OF SERVICE
(Code Civ. Proc. §§ 1013a, 2015.5)

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno; I am over the age of 18 years and not a party to the within above-entitled cause; my business address is 1171 W. Shaw, Ste. 102, Fresno, CA.

I served the within document described as **FIRST AMENDED COMPLAINT**, on the interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

John W. Morris, Jr., Esq.  
PETRIE, DORFMEIER & MORRIS, LLP  
2014 Tulare St., Ste. 830  
Fresno, CA 93721  
498-6516 - Fax

Dale Thayer, Esq.  
CURTIS & ARATA  
1300 "K" Street  
Modesto, California 95354

Randall M. Penner  
PENNER, BRADLEY & BEUTTNER  
1171 W. Shaw Ave., Ste. 102  
Fresno, CA 93711

[✓] **(BY MAIL)** placing the envelopes for collection and mailing on the date and at my address shown above following our ordinary business practices. I am completely familiar with Wagner & Jones' practice of collection and processing correspondence for mailing pursuant to which the envelopes would be deposited with the United States Postal Service the same day in the ordinary course of business.

[ ] **(BY OVERNIGHT MAIL SERVICE)** by placing the envelope for collection following our ordinary business practices for collection and processing correspondence for mailing by express or overnight mail.

[ ] **(BY FACSIMILE)** In addition to service by mail as set forth above, the person(s) by whose name an asterisk is affixed, was also forwarded a copy of said documents by facsimile.

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] **(BY ELECTRONIC MAIL)** I caused such documents to be scanned into PDF format and sent via electronic mail to the electronic mail addressee(s) of the addressee(s) designated above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 17, 2008, at Fresno, California.

*[signature]*

page 12

08/06/2008 13:30 FAX 5594490749   Wagner and Jones   @002/003
@002/004

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Randall M. Penner, Esq#101201<br>Penner, Bradley & Buettner<br>1171 W. Shaw Ave<br>Fresno, CA 93711<br>TELEPHONE NO. 559.221-2100   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | SAN LUIS OBISPO COUNTY<br>SUPERIOR COURT<br>FILED by FAX   12 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Luis Obispo<br>STREET ADDRESS: 1035 Palm Street, Room 385<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Luis Obispo, CA. 93408<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: ██████, et al. | CASE NUMBER:<br>CV060773<br>BY FAX |
| DEFENDANT/RESPONDENT: Greene, et al. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No. |

(Separate proof of service is required for each party served.)

1. At the time of service I was at least 18 years of age and not a party to this action
2. I served copies of:
   a. [ ] summons
   b. [ ] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet (served in complex cases only)
   e. [ ] cross-complaint
   f. [X] other (specify documents): Summons on First Amended Complaint, First Amended Complaint

3. a. Party served (specify name of party as shown on documents served): Bill Davis as doe 1

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served: 300 Old Thomas Road
   High Point, NC. 27260

5. I served the party (check proper box)
   a. [X] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 07-09-08   (2) at (time): 2:45 p.m.
   b. [ ] by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
         (date):   from (city):   or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a declaration of diligence stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007]   **PROOF OF SERVICE OF SUMMONS**   Legal Solutions Plus   Code of Civil Procedure § 417.10

Received Time Aug  6   1:23PM

EXHIBIT B
Page 13

08/06/2008 13:30 FAX 5594490749    Wagner and Jones    ☒003/003

## IN THE SUPERIOR COURT FOR
## SAN LUIS OBISPO COUNTY
## AFFIDAVIT OF PROCESS- INDUVIAL

Tracy Bullock, Richard Covert II

Plaintiff

Vs.

Case No CV060773

BY FAX

Sonia Tucker Grouse, Bill Davis Trucking, Inc.

Defendant

State of North Carolina
County of Guilford

Audra R Coleman        , undersigned, being duly sworn, deposes and says that at the time of service, she was over the age of twenty-one, was not a party to the action.

On the 9th day of July, 2008, at 1:45 PM

At 300 Old Thomasville Rd, High Point NC 27260

The undersigned served the documents described as: Summons, First Amended Complaint

X____ By Personally delivering them into the hands of the person to be served

A true and correct copy of the aforesaid document(s) was served on: William "Bill" Davis

The person receiving documents is described as follows
Sex: male   Race: white      Approx. Age 58    Approx. Height 6'2"
Approx. Weight 275   Hair Color Black   Glasses-yes

To the best of my knowledge and belief said person was not engaged in the U.S. Military at the time of service.

Undersigned declares under penalty of perjury
That the foregoing is true and correct.

Subscribed and sworn to
Before me this 9th
day of July  2008

_Audra R Coleman_  7-9-08
Signature of Server          Date

_Barbara Bacon_
Notary Public
Comm. Expires:

BARBARA J. BACON
NOTARY PUBLIC
DAVIDSON COUNTY
STATE OF NORTH CAROLINA
MY COMMISSION EXPIRES:

Received Time Aug. 6  1:23PM

PAGE1

page 14

**PROOF OF SERVICE BY MAIL**
**(1013a, 2015.5 C.C.P.)**

STATE OF CALIFORNIA   )
                      )
COUNTY OF FRESNO      )

I am a citizen of the United States and a resident of the County aforesaid; I am over the age of eighteen years and not a party to the within above-entitled action; my business address is 1540 East Shaw Avenue, Suite 123, Fresno, California 93710.

PETITION FOR REMOVAL; DEMAND FOR JURY TRIAL

(X) (By Mail) I am familiar with the regular mail collection and processing practices of said business, and in the ordinary course of business, the mail is deposited with the United States Postal Service that same day. On this date, I served the above document on the interested parties in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Fresno, California, addressed as follows:

( ) (BY OVERNIGHT EXPRESS) I caused the above-referenced envelope(s) to be deposited in the Federal Express Pick-Up box for delivery to the addressee(s).

( ) (By FAX) I caused the above-referenced document to be transmitted by fax to the addressee(s) at the fax number(s) shown.

| John W. Morris              | Andrew B. Jones              |
| Petrie, Dorfmeier & Morris  | Wagner & Jones               |
| 2014 Tulare St., Ste 830    | 1111 E. Herndon, Ste. 317    |
| Fresno, CA 93721            | Fresno, CA 93720             |

| Randall M. Penner           | Dale Thayer                  |
| Penner, Bradley & Beuttner  | Curtis & Arata               |
| 1171 W. Shaw, Ste. 102      | 1300 K Street                |
| Fresno, CA 93711            | Modesto, CA 95354            |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this August 7, 2008, at Fresno, California.

Barbara Nabors

PARICHAN, RENBERG & CROSSMAN LAW CORPORATION
1540 EAST SHAW, SUITE 123
FRESNO, CALIFORNIA 93710
TELEPHONE: (559) 431-6300