JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05208-RGK (SSx) | Date | September 23, 2008 |
|---|---|---|---|
| Title | TRACY BULLUCK et al v. SONIA TUCKER GREENE et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  **(IN CHAMBERS)** Order Remanding Action to State Court

      In light of Defendant's Response to Order to Show Cause re Lack of Jurisdiction, the Court hereby remands this action to state court for all further proceedings.

    **IT IS SO ORDERED.**

|   | : |   |
|---|---|---|
| | Initials of Preparer | slw |